UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MATTHEW T. MACLEAN,

    Plaintiff,                 No. C 12-4288 PJH (PR)

  vs.                                **ORDER OF DISMISSAL**

JAMES ANDERSON,

    Defendant.

                                      /

      This is a civil rights case filed pro se by a state prisoner. In the initial review order the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend within twenty-eight days. Although the time to amend has expired, petitioner has not amended. This case is **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

Dated: October 26, 2012.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

G:\PRO-SE\PJH\CR.12\Maclean4288.dsm.wpd