UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MATTHEW T. MACLEAN,

    Plaintiff,

vs.

JAMES ANDERSON,

    Defendant.

No. C 12-4288 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner.  In the initial review order the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend within twenty-eight days.  Although the time to amend has expired, petitioner has not amended.  This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\Maclean4288.dsm.wpd